UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANCE'S FOODS, INC., an Alaska corporation;<br><br>Plaintiff,<br><br>vs.<br><br>SPECIAL DIETS EUROPE LIMITED, an Irish corporation; EAMON COTTER; MARIEL COTTER; and DOES 1-100, inclusive;<br><br>Defendants. | Case No.  2:11-cv-02943-MCE-GGH<br><br>**ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT** |

Based upon the Joint Application for Order Extending Time for Defendants to Respond to Complaint [Dkt. No. 7], and good cause appearing, the deadline for Defendants Special Diets Europe Limited, Eamon Cotter and Mariel Cotter to respond to the complaint in this matter is continued to February 7, 2012.

**IT SO ORDERED**.

Dated:  December 20, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

- 1 -

ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT