UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANCE'S FOODS, INC., an Alaska corporation;<br><br>Plaintiff,<br><br>vs.<br><br>SPECIAL DIETS EUROPE LIMITED, an Irish corporation; et al;<br><br>Defendants. | Case No. 2:11-cv-02943-MCE-GGH<br><br>**ORDER RE DEFENDANTS' REQUEST TO APPEAR TELEPHONICALLY AT HEARING ON DEFENDANTS' MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION** |

Based upon the Request to Appear Telephonically at Hearing on Defendants' Motion to Dismiss for Lack of Personal Jurisdiction, filed by Defendants Special Diets Europe Limited, Eamon Cotter and Mariel Cotter (collectively, "Defendants") [Dkt. No. 14], and good cause appearing, counsel for Defendants, Christopher J. Petersen of Squire Sanders (US) LLP, is permitted to appear before this Court telephonically at the hearing on Defendants' Motion to Dismiss for Lack of Personal Jurisdiction on January 26, 2012, at 2:00 p.m.

Mr. Petersen is directed to be available by telephone fifteen (15) minutes prior to the commencement of that hearing at 213-689-5164.

**IT IS SO ORDERED**.

Dated: January 18, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

- 1 -

[PROPOSED] ORDER RE REQUEST TO APPEAR TELEPHONICALLY AT HEARING