UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| VANCE'S FOODS, INC., | No.  2:11-cv-02943-MCE-GGH |
|---|---|
| Plaintiff, | |
| v. | MEMORANDUM AND ORDER |
| SPECIAL DIETS EUROPE LIMITED, et al., | |
| Defendants. | |

Per two separate Motions (ECF No. 29 and 31), Squire Sanders (US) LLP (hereafter "Counsel") seeks leave of this Court to withdraw as attorney for Defendants Special Diets Europe Limited ("SDE") and Eamon Cotter ("Cotter") (collectively, "Defendants"). According to Counsel, SDE and Cotter have directed that Counsel take no further action on behalf of Defendants in this case. Declarations of Christopher J. Petersen ("Petersen Decls."), ¶ 3.[1]

---

[1] In support of each Motion to Withdraw, Counsel filed separate declarations, both of which are substantially similar and both of which are signed by the same attorney.  Given that these declarations do not differ materially, to the extent they are relevant here, they will be cited together.

1

More specifically, Defendants contend that this Court lacks personal jurisdiction over them, and they are thus unwilling to further subject themselves to litigating in this Court. <u>Id.</u> Defendants' instructions have purportedly "made it impossible for [Counsel] to carry out its representation" of them here. <u>Id.</u>, ¶ 5. Based on the statements of Counsel, the Court thus finds the instant Motions to be supported by good cause. <u>See</u> Cal. Rules Professional Responsibility, Rule 3-700(C)(5) (permitting withdrawal when "[t]he client knowingly and freely assents to termination of the employment"); <u>id.</u>, Rule 3-700(C)(1)(d) (permitting withdrawal when "[t]he client…renders it unreasonably difficult for the member to carry out the employment effectively"); <u>see also</u> <u>Canandaigua Wine Co., Inc. v. Edwin Moldauer</u>, 2009 WL 89141, *2 (E.D. Cal.).

In addition, this motion is governed by the requirements of Local Rule 182(d), which provides that an attorney may not withdraw, leaving the client <u>in propria persona</u>, absent noticed motion and an affidavit from counsel showing the efforts made to provide notification of the attorney's intent to withdraw. Counsel's declarations comply with those requirements and these requests to withdraw are accordingly proper.

Because Counsel's requests are procedurally correct, substantively supported and unopposed, the Motions to Withdraw (ECF Nos. 29 and 31) are GRANTED.[1]

///

---

[2] Because oral argument will not be of material assistance, the Court orders this matter submitted on the briefing. E.D. Cal. Local Rule 230(g).

2

Squire Sanders (US) LLP is relieved as counsel of record for Defendants effective upon the filing of proof of service of this signed Memorandum and Order on Defendants at their last known addresses:

>Special Diets Europe, Ltd.
>Drake Business Centre
>Kilamallock, County Limerick
>Ireland

>Eamon Cotter
>Director, Special Diets Europe, Ltd.
>Drake Business Centre
>Kilamallock, County Limerick
>Ireland

Counsel's related Request to Appear Telephonically (ECF No. 32) at the hearing at this matter is DENIED as moot.

    IT IS SO ORDERED.

Dated:  August 6, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

3