UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANCES FOODS, INC., | No. 2:11-cv-2943 TLN CKD |
| Plaintiff, | |
| v. | ORDER |
| SPECIAL DIETS EUROPE LIMITED, et al., | |
| Defendants. | |

On April 9, 2015, findings and recommendations were filed recommending that plaintiff's motion for default judgment be granted. On April 21, 2015, one day before the objection period was due to expire, defendant Eamon Cotter, proceeding in propria persona,[1] emailed the judicial assistant of the undersigned requesting an extension of time to file objections. The court has had the email docketed as a motion for extension of time.[2] ECF No. 50.

---

[1] The court notes that the other remaining defendant is a corporation, and as such may not proceed pro se but must be represented by counsel in order to defend this action. See Rowland v. California Men's Colony, 506 U.S. 194, 202 (1993) ("A corporation may appear in the federal courts only through licensed counsel."); see also In re America West Airlines, 40 F.3d 1058 (9th Cir. 1994) (non-attorney members of partnership cannot appear on behalf of partnership).

[2] Defendant is advised that the court will not accept any further email filings. All documents to be submitted to the court must be mailed to the Clerk of Court for filing. In light of defendant's domicile in Ireland and the consequent delay in receiving the mailed copy of the court's findings and recommendations, the court allows just this once the email request for an extension of time.

1

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant's request for extension of time is granted; and

2. Objections, if any, shall be filed no later than May 20, 2015.

Dated:  April 22, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 vances.eot