UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Vances Foods, Inc. , <br><br>    Plaintiff, <br><br>    v. <br><br> Special Diets Europe Limited, et al., <br><br>    Defendant. | Case No. 2:11-cv-2943-TLN-CKD <br><br> **DEFAULT JUDGMENT** |

**IT IS ORDERED AND ADJUDGED** default judgment is hereby ENTERED in the amount of $37,155.20 against defendants:

Special Diets Europe Limited

Eamon Cotter

Date: June 12, 2015                                              MARIANNE MATHERLY, CLERK

                                                                                By: /s/ K. Zignago
                                                                                Deputy Clerk